IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMIN VASQUEZ-ROSARIO**<br>*Petitioner,*<br><br>v.<br><br>**KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, in her official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **PAMELA BONDI**, Attorney General of the United States, in her official capacity; **TODD M. LYONS**, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; **DAVID O'NEILL**, Director of the Philadelphia Field Office of the U.S. Immigration and Customs Enforcement, in his official capacity; and **JAMAL L. JAMISON**, Warden of the Federal Detention Center in Philadelphia, in his official *Respondents.* | : : : : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 25-cv-7427 |

## ORDER

**AND NOW**, this **2nd** day of **January 2026**, upon review of Petitioner Wilmin Vasquez-Rosario's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **January 7, 2026, at 12:00 p.m. (noon)**.

2. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **January 3, 2026 at 12 p.m. (noon)**: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; gregory.david@usdoj.gov.

3. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents on or before **January 5, 2026 at 5:00 p.m.**

4. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

5. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **January 8, 2026, at 4:00 p.m.**

6. If Respondents do not file a letter response raising meritorious issues on or before **January 8, 2026, at 4:00 p.m.**, the Court shall enter an Order affording a bond hearing to Petitioner, and that Order will require the bond hearing to occur on or before **January 16, 2026**.

7. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

                **BY THE COURT:**

                **/s/ Chad F. Kenney**

                _____
                **CHAD F. KENNEY, JUDGE**