**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **WILMIN VASQUEZ-ROSARIO** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, Secretary of the U.S.** | : | **No. 25-cv-7427** |
| **Department of Homeland Security, in her** | : | |
| **official capacity; U.S. DEPARTMENT OF** | : | |
| **HOMELAND SECURITY; PAMELA BONDI,** | : | |
| **Attorney General of the United States, in her** | : | |
| **official capacity; TODD M. LYONS, Acting** | : | |
| **Director, U.S. Immigration and Customs** | : | |
| **Enforcement, in his official capacity; DAVID** | : | |
| **O'NEILL, Director of the Philadelphia Field** | : | |
| **Office of the U.S. Immigration and Customs** | : | |
| **Enforcement, in his official capacity; and** | : | |
| **JAMAL L. JAMISON, Warden of the Federal** | : | |
| **Detention Center in Philadelphia, in his official** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **8th** day of **January 2026**, upon review of Respondents' January 8, 2026 Letter Brief (ECF No. 6), it is hereby **ORDERED** that Petitioner shall file a response to Respondents' Letter Brief on or before **January 14, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**