IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **WILMIN VASQUEZ-ROSARIO** :<br>*Petitioner,* : | | **CIVIL ACTION** |
| v. : | | |
| **KRISTI NOEM**, Secretary of the U.S. :<br>Department of Homeland Security, in her :<br>official capacity; et al. :<br>*Respondents.* : | | No. 25-cv-7427 |

## ORDER

**AND NOW**, this **26th day** of **January 2026**, upon consideration of Petitioner Wilmin Vasquez-Rosario's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), the Court's January 2, 2026 Order (ECF No. 2), Respondents' Letter Brief dated January 8, 2026 (ECF No. 6), and Petitioner's Brief in Response to Respondents' Brief Letter and in Support of Petition for Writ of Habeas Corpus (ECF No. 8), it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in the accompanying memorandum opinion, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **February 2, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

2

3.  If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **February 2, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

4.  The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **February 9, 2026 at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**