IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMIN VASQUEZ ROSARIO | : | |
| | : | |
| *Petitioner* | : | |
| | : | Civil Action No.   25-cv-7427 |
| *v.* | : | |
| | : | |
| KRISTI NOEM, *et al.* | : | |
| | : | |
| *Respondents.* | : | |

**STIPULATION AND ORDER**

Petitioner and all Respondents stipulate as follows:

1. On January 2, 2026, this Court entered an order enjoining Respondents from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of the Court. (ECF No. 2.)

2. In compliance with the Court's Order, Petitioner remains at the Federal Detention Center Philadelphia.

3. On January 26, 2026, this Court entered an order granting Petitioner's writ of habeas corpus and ordering Respondents to provide a bond hearing in accordance with 8 U.S.C. § 1226(a) by February 2, 2026. (ECF No.10.) The Court's order did not specifically address the prior order enjoining Respondents from removing or transferring Petitioner from the Eastern District of Pennsylvania.

4. Respondents are unable to provide Petitioner a bond hearing from the Federal Detention Center Philadelphia, but can provide a bond hearing from other facilities in Pennsylvania outside of the Eastern District of Pennsylvania. In an abundance of caution, Respondents wish to clarify that they may transfer Petitioner

to another facility within the Commonwealth of Pennsylvania, but outside the Eastern District of Pennsylvania, to comply with the Court's January 26 order and provide Petitioner with a bond hearing.

5. Petitioner and Respondents agree that Respondents may transfer Petitioner within the Commonwealth of Pennsylvania to enable the provision of a bond hearing pursuant to the Court's January 26, 2026 order.

So stipulated,

Dated: January 29, 2026

| VASSOR LAW, LLC | DAVID METCALF |
| | United States Attorney |

/s Dean Vassor
Dean Vassor, Esq.
6622 Castor Ave.
Philadelphia, PA 19149
dean@vassorlawfirm.com
(215)437-0546
*Counsel for Petitioner*

/s Anthony St. Joseph
Anthony St. Joseph
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
landon.jones@usdoj.gov
(215) 861-8267
*Counsel for Respondents*

**APPROVED BY THE COURT:**

**/s/ Chad F. Kenney**

_____
**CHAD F. KENNEY, JUDGE**

**Date: January 29, 2026**