IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **WILMIN VASQUEZ-ROSARIO** | : | |
| *Petitioner,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KRISTI NOEM**, Secretary of the U.S. | : | No. 25-cv-7427 |
| Department of Homeland Security, in her | : | |
| official capacity; et al. | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this **3rd day** of **February 2026**, upon consideration of Petitioner's Emergency Notice of Supplemental Facts and Request for Relief Due to Lack of Meaningful Compliance with this Court's Order (ECF No. 13), it is hereby **ORDERED** that Respondents shall file a response, on or before **February 9, 2026 at 12 p.m. (noon)**. Respondents shall also **PROVIDE** the Court with a transcript of Petitioner's bond hearing and any record of findings made by the immigration judge during the bond hearing, on or before **February 9, 2026 at 12 p.m. (noon)**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**