# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **WILMIN VASQUEZ-ROSARIO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, Secretary of the U.S.** | : | **No. 25-cv-7427** |
| **Department of Homeland Security, in her,** | : | |
| **official capacity; et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **12th** day of **February 2026**, upon review of Petitioner's Emergency Notice of Supplemental Facts and Request for Relief Due to Lack of Meaningful Compliance with This Court's Order (ECF No. 13), Respondents' Response to Petitioner's Arguments in Joint Status Report (ECF No. 16), the Unofficial Transcript of Petitioner's Bond Hearing (ECF No. 15), the Audio Recording of Petitioner's bond hearing that was submitted to the Court, and the docket, it is hereby **ORDERED** as follows:

1. Petitioner moves the Court for immediate release on the grounds that his bond hearing did not meaningfully comply with this Court's Order.  ECF No. 13.  Petitioner's request for relief (ECF No. 13) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Any restrictions imposed on Petitioner's location by this Court are now lifted.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**